**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000451**
**18-MAY-2023**
**08:50 AM**
**Dkt. 15 ODSD**

NO. CAAP-22-0000451

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

AR and on behalf of an incapacitated adult, Petitioner-Appellee,
v. MR, Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3DA221000251)

ORDER DISMISSING APPEAL
(By:  Ginoza, Chief Judge, Nakasone and Chan, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction was due, without an extension, on or before September 26, 2022, and the opening brief was due on a clerk's extension on or before November 25, 2022;

(2) Self-represented Respondent-Appellant MR failed to file either document, or request an extension of time for the statement of jurisdiction or a second extension of time for the opening brief;

(3) On December 1, 2022, the appellate clerk notified MR that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on December 12, 2022, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules

of Appellate Procedure Rules 12.1(e) and 30, and MR could request relief from default by motion; and

(4) MR has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 18, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge